**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| Deborah Self, | ) | CV 08-0014-LEW-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| North American Termite & | ) | |
| Pest Control, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Currently before this Court is Defendants' Petition to Compel Binding Arbitration and Stay Proceedings. Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

The parties agreed to arbitrate. The arbitration agreement was not obtained by coercion or duress, and

1

the agreement is not unconscionable.  Moreover, the agreement applies to Plaintiff's claims.  Therefore, the Court **GRANTS** Defendants' Petition to Compel Binding Arbitration and Stay Proceedings.

**IT IS SO ORDERED.**

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: March 21, 2008